## STATE OF CONNECTICUT *v.* WALTER POE
## (13235)

LAVERY, SCHALLER and HENNESSY, Js.
Argued January 3—decision released January 31, 1995

*Lori Welch-Rubin,* special public defender, with whom, on the brief, was *Thomas M. Conroy,* special public defender, for the appellant (defendant).

*John A. East III,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *James Turcotte,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.[1]

---

[1] Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.